**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **ISIDRO PANDO,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **PE:23-CV-00013-DC-DF** |
| | § | |
| **CITY OF PRESIDIO, TEXAS,** *et al* | § | |
| *Defendants*. | § | |

**<u>ADVISORY TO THE COURT</u>**

TO THE HONORABLE JUDGE OF THE COURT:

Now comes Steven C. Kiser, Attorney at Law and Mediator, and hereby notifies the Court that a mediation was held in the above matter on August 17, 2023.   All parties and counsel appeared and participated in good faith.

All matters in controversy in this case were **settled**.

Respectfully submitted,

**LYNCH, CHAPPELL & ALSUP**
A Professional Corporation
300 North Marienfeld, Suite 700
Midland, Texas   79701
(432) 683-3351
(432) 683-2587   FAX

By:    */s/ Steven C. Kiser*
Steven C. Kiser
State Bar No. 11538550
skiser@lcalawfirm.com

ATTORNEY & MEDIATOR

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of August 2021, I electronically filed this Advisory to the Court with the Clerk of Court using the CM/ECF system which will automatically serve all counsel of record.

*/s/ Steven C. Kiser*  
Steven C. Kiser
